UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of February, two thousand and sixteen,

_____

Rajat K. Gupta,

       Petitioner - Appellant,

v.

United States of America,

       Respondent - Appellee.
_____

**ORDER**
Docket No: 15-2707

Counsel for APPELLANT Rajat K. Gupta has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 5, 2016 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before May 5, 2016. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court